CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 09 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| LENA SMITH O/B/O JAMES B. SMITH, | ) <br> ) <br> ) Case No. 2:09CV00038 <br> ) <br> ) **JUDGMENT** <br> ) <br> ) By: James P. Jones <br> ) United States District Judge <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

It appearing that no objections have been timely filed to the Report filed October 15, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1.  The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2.  The motions for summary judgment by the parties are DENIED;

3.  The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4.  The clerk will close this case.

ENTER: November 9, 2010

_____
United States District Judge